COULMAN, Respondent, v. RANDALL, Appellant. (Supreme Court, Appellate Division,

Third Department.   October 1, 1915.)   Action by Elsie Coulman, by guardian, etc., against Willis Randall.   No opinion.   Judgment and order reversed, and new trial granted, with costs to appellant to abide event; the court holding that the admission of the declarations of the defendant's attorney, at folios 79 and 80 of the case, constituted error.